UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: ELSENBROEK, KENNETH | § | Case No. 09-75477 |
| ELSENBROEK, MARGUERITE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/20/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____   By: /s/STEPHEN G. BALSLEY_____
                                      Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                   Date Rcvd: Sep 29, 2010
Case: 09-75477                Form ID: pdf006            Total Noticed: 29

The following entities were noticed by first class mail on Oct 01, 2010.
db/jdb       +Kenneth Elsenbroek,   Marguerite Elsenbroek,   304 S. Windhaven Drive,   Kingston, IL 60145-8483
aty          +Gordon R Hughes, Jr,   Law Office of Gordon R. Hughes Jr., P.C.,   320 E Indian Trail,
               Aurora, IL 60505-1760
tr           +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
14833049     +AIm Immediate Care,   1985 Deklab Ave.,   Sycamore, IL 60178-3107
15429246     +Amcore Bank,   Attn: Marilyn K Kiefer,   1210 South Alpine,   Rockford, IL 61108-3946
14833050      Amcore Bank,   PO Box 358,   Beloit, WI 53512-0358
14833051      American Fisrt Credit Union,   PO Box 60035,   City Of Industry, CA 91716-0035
14833052     +American National Bank Of DeKalb,   124 S. Main Street,   Sycamore, IL 60178-1896
15473076      American National Bank of DeKalb County,   c/o Richard D. Larson, P.C.,
               111 E. Elm St., P.O. Box 323,   Sycamore, IL 60178-0323
14833057      BP,   PO Box 15325,   Wilmington, DE 19886-5325
14833053     +Bank Of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
14833055      Best Buy,   P.O. Box 17264,   Baltimore, MD 21297-1264
14833056     +Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
14833058     +Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
14833059      Chase,   PO Box 15153,   Wilmington, DE 19886-5153
15432356      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15382792      Commerce Bank,   P O BOX 419248,   KCREC-10,   Kansas City, MO 64141-6248
14833060      Commerce Bank,   PO Box 806000,   Kansas City, MO 64180-6000
14833046     +Elsenbroek Kenneth,   304 S Windhaven Drive,   Kingston, IL 60145-8483
14833047     +Elsenbroek Marguerite,   304 S Windhaven Drive,   Kingston, IL 60145-8483
14833063     +Exxon Mobil,   Processing Center,   Des Moines, IA 50361-0001
14833064      Kishwaukee Community Hospital,   PO Box 739,   Moline, IL 61266-0739
14833048     +Law Office of Gordon R Hughes Jr PC,   320 East Indian Trail,   Aurora, IL 60505-1760
14833065     +National Bank And Trust,   1425 DeKalb Ave.,   Sycamore, IL 60178-2798
The following entities were noticed by electronic transmission on Sep 29, 2010.
15408669     +Fax: 562-237-5198 Sep 30 2010 00:24:31      American First Credit Union,
               700 North Harbor Boulevard,   La Habra, CA 90631-4026
14833061      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2010 02:35:19      Discover,   P.O. Box 30395,
               Salt Lake City, UT 84130-0395
14833062     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2010 02:35:19      Discover,   PO Box 6103,
               Carol Stream, IL 60197-6103
15371688      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2010 02:35:19      Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
15745109      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2010 02:35:06
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK 73124-8809
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
14833054*     Bank Of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2010**                                **Signature:** _Joseph Speetjens_