**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ELSENBROEK, KENNETH | § | Case No. 09-75477 |
| ELSENBROEK, MARGUERITE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $249,162.95 *(without deducting any secured claims)* | Assets Exempt:  $83,332.71 |
| Total Distribution to Claimants:  $3,502.18 | Claims Discharged Without Payment:  $76,885.02 |
| Total Expenses of Administration:  $2,586.58 | |

3) Total gross receipts of $   6,088.76   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $6,088.76 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $214,666.94 | $197,694.03 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,586.58 | 2,586.58 | 2,586.58 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 73,560.27 | 65,360.29 | 58,012.55 | 3,502.18 |
| **TOTAL DISBURSEMENTS** | $288,227.21 | $265,640.90 | $60,599.13 | $6,088.76 |

4) This case was originally filed under Chapter 7 on December 11, 2009. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2011          By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund | 1224-000 | 6,087.00 |
| Interest Income | 1270-000 | 1.76 |
| **TOTAL GROSS RECEIPTS** | | **$6,088.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Amcore Bank | 4110-000 | 18,450.09 | 16,119.24 | 0.00 | 0.00 |
| 9 | American National Bank of DeKalb County | 4110-000 | 3,102.50 | 2,961.12 | 0.00 | 0.00 |
| 10S | American First Credit Union | 4110-000 | 46,323.88 | 44,041.77 | 0.00 | 0.00 |
| 11 | National Bank And Trust | 4110-000 | 135,426.21 | 134,571.90 | 0.00 | 0.00 |
| NOTFILED | American First Credit Union | 4110-000 | 11,364.26 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$214,666.94** | **$197,694.03** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,358.88 | 1,358.88 | 1,358.88 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,222.00 | 1,222.00 | 1,222.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.70 | 5.70 | 5.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,586.58 | 2,586.58 | 2,586.58 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,609.09 | 3,169.06 | 3,169.06 | 191.32 |
| 2 | Discover Bank | 7100-000 | 3,657.37 | 3,821.31 | 3,821.31 | 230.69 |
| 3 | Commerce Bank | 7100-000 | 8,139.86 | 9,003.79 | 9,003.79 | 543.55 |
| 4 | American First Credit Union | 7100-000 | 0.00 | 10,833.94 | 2,318.94 | 139.99 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 7,704.80 | 8,325.47 | 8,325.47 | 502.60 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 17,497.02 | 17,719.11 | 17,719.11 | 1,069.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Chase Bank USA, N.A. | 7100-000 | 621.35 | 842.77 | 842.77 | 50.88 |
| 10U | American First Credit Union | 7100-000 | N/A | N/A | 1,167.26 | 70.47 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | 1,691.10 | 1,728.80 | 1,728.80 | 104.37 |
| 13 | Fia Card Services, NA/Bank of America | 7100-000 | 2,235.59 | 2,288.95 | 2,288.95 | 138.18 |
| 14 | Fia Card Services, NA/Bank of America | 7100-000 | 2,631.60 | 2,700.07 | 2,700.07 | 163.00 |
| 15 | Fia Card Services, NA/Bank of America | 7100-000 | 4,397.84 | 4,927.02 | 4,927.02 | 297.44 |
| NOTFILED | Best Buy | 7100-000 | 909.36 | N/A | N/A | 0.00 |
| NOTFILED | AIm Immediate Care | 7100-000 | 213.00 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later | 7100-000 | 1,081.38 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 18,230.14 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil Processing Center | 7100-000 | 400.55 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later | 7100-000 | 1,490.22 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 73,560.27 | 65,360.29 | 58,012.55 | 3,502.18 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75477  
**Case Name:** ELSENBROEK, KENNETH  
ELSENBROEK, MARGUERITE  
**Period Ending:** 02/11/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/11/09 (f)  
**§341(a) Meeting Date:** 01/14/10  
**Claims Bar Date:** 06/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 304 S. Windhaven, Kingston, IL | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Vacant Lot in Lovalle, Wisconsin, Onl1/4 acre | 4,200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash On Hand | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | Resource Bank IL Account | 25.00 | 0.00 | DA | 0.00 | FA |
| 5 | American First Credit Union - Savings Account | 30.00 | 0.00 | DA | 0.00 | FA |
| 6 | Resource Bank in banks, savings and loan, IL bui | 6.00 | 0.00 | DA | 0.00 | FA |
| 7 | Various household furnishings de audio, video, a | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Various wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401 K - SuperValu other pension or profit sharin | 45,259.95 | 0.00 | DA | 0.00 | FA |
| 10 | 1999 Chevy Silverado | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2001 Jayco Eagle Series M-316 | 3,530.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2006 Chrysler Town and Country Van | 9,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2003 Ebbtide Corp Campione Series 180 Bow Rider | 8,515.00 | 0.00 | DA | 0.00 | FA |
| 14 | Tax refund (u) | 6,087.00 | 6,087.00 | DA | 6,087.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.76 | FA |
| 15 | Assets    Totals (Excluding unknown values) | **$249,162.95** | **$6,087.00** | | **$6,088.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 9, 2010            **Current Projected Date Of Final Report (TFR):**    September 7, 2010 (Actual)

Printed: 02/11/2011 08:48 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 09-75477 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | ELSENBROEK, KENNETH | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | ELSENBROEK, MARGUERITE | | **Account:** | ***-*****42-65 - Money Market Account |
| **Taxpayer ID #:** | **-***2826 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 02/11/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/10 | {14} | Kenneth J. Elsenbroek | Payment of tax return refund | 1224-000 | 6,087.00 | | 6,087.00 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.04 | | 6,087.04 |
| 04/06/10 | | Wire out to BNYM account 9200******4265 | Wire out to BNYM account 9200******4265 | 9999-000 | -6,087.04 | | 0.00 |

| | | | | **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | -6,087.04 | 0.00 | |
| | | | | **Subtotal** | 6,087.04 | 0.00 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$6,087.04** | **$0.00** | |

{} Asset reference(s)

Printed: 02/11/2011 08:48 AM    V.12.56

Case 09-75477    Doc 33    Filed 02/28/11    Entered 02/28/11 11:55:52    Desc Main
Document    Page 8 of 10

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-75477  
**Case Name:** ELSENBROEK, KENNETH  
ELSENBROEK, MARGUERITE  
**Taxpayer ID #:** **-***2826  
**Period Ending:** 02/11/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4265 | Wire in from JPMorgan Chase Bank, N.A. account ********4265 | 9999-000 | 6,087.04 | | 6,087.04 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 6,087.33 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.36 | | 6,087.69 |
| 06/07/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-75477 | 2300-000 | | 5.70 | 6,081.99 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 6,082.34 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.36 | | 6,082.70 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 6,083.05 |
| 09/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 6,083.06 |
| 09/07/10 | | To Account #9200******4266 | Transfer to Closed Money Market Account | 9999-000 | | 6,083.06 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,088.76 | 6,088.76 | $0.00 |
| | | | Less: Bank Transfers | | 6,087.04 | 6,083.06 | |
| | | | **Subtotal** | | 1.72 | 5.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.72** | **$5.70** | |

{} Asset reference(s)

Printed: 02/11/2011 08:48 AM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-75477  
**Case Name:** ELSENBROEK, KENNETH  
ELSENBROEK, MARGUERITE  
**Taxpayer ID #:** **-***2826  
**Period Ending:** 02/11/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/10 | | From Account #9200******4265 | Transfer to Closed Money Market Account | 9999-000 | 6,083.06 | | 6,083.06 |
| 10/20/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,222.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,222.00 | 4,861.06 |
| 10/20/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,358.88, Trustee Compensation; Reference: | 2100-000 | | 1,358.88 | 3,502.18 |
| 10/20/10 | 103 | Discover Bank | Dividend paid 6.03% on $3,169.06; Claim# 1; Filed: $3,169.06; Reference: | 7100-000 | | 191.32 | 3,310.86 |
| 10/20/10 | 104 | Discover Bank | Dividend paid 6.03% on $3,821.31; Claim# 2; Filed: $3,821.31; Reference: | 7100-000 | | 230.69 | 3,080.17 |
| 10/20/10 | 105 | Commerce Bank | Dividend paid 6.03% on $9,003.79; Claim# 3; Filed: $9,003.79; Reference: | 7100-000 | | 543.55 | 2,536.62 |
| 10/20/10 | 106 | American First Credit Union | Dividend paid 6.03% on $2,318.94; Claim# 4; Filed: $10,833.94; Reference: | 7100-000 | | 139.99 | 2,396.63 |
| 10/20/10 | 107 | Chase Bank USA, N.A. | Dividend paid 6.03% on $8,325.47; Claim# 6; Filed: $8,325.47; Reference: | 7100-000 | | 502.60 | 1,894.03 |
| 10/20/10 | 108 | Chase Bank USA, N.A. | Dividend paid 6.03% on $17,719.11; Claim# 7; Filed: $17,719.11; Reference: | 7100-000 | | 1,069.69 | 824.34 |
| 10/20/10 | 109 | Chase Bank USA, N.A. | Dividend paid 6.03% on $842.77; Claim# 8; Filed: $842.77; Reference: | 7100-000 | | 50.88 | 773.46 |
| 10/20/10 | 110 | American First Credit Union | Dividend paid 6.03% on $1,167.26; Claim# 10U; Filed: $44,041.77; Reference: | 7100-000 | | 70.47 | 702.99 |
| 10/20/10 | 111 | Fia Card Services, NA/Bank of America | Dividend paid 6.03% on $1,728.80; Claim# 12; Filed: $1,728.80; Reference: | 7100-000 | | 104.37 | 598.62 |
| 10/20/10 | 112 | Fia Card Services, NA/Bank of America | Dividend paid 6.03% on $2,288.95; Claim# 13; Filed: $2,288.95; Reference: | 7100-000 | | 138.18 | 460.44 |
| 10/20/10 | 113 | Fia Card Services, NA/Bank of America | Dividend paid 6.03% on $2,700.07; Claim# 14; Filed: $2,700.07; Reference: | 7100-000 | | 163.00 | 297.44 |
| 10/20/10 | 114 | Fia Card Services, NA/Bank of America | Dividend paid 6.03% on $4,927.02; Claim# 15; Filed: $4,927.02; Reference: | 7100-000 | | 297.44 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,083.06 | 6,083.06 | $0.00 |
| | | | Less: Bank Transfers | | 6,083.06 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,083.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,083.06** | |

{} Asset reference(s)         Printed: 02/11/2011 08:48 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-75477 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | ELSENBROEK, KENNETH | | **Bank Name:** | The Bank of New York Mellon |
| | ELSENBROEK, MARGUERITE | | **Account:** | 9200-******42-66 - Checking Account |
| **Taxpayer ID #:** | **-***2826 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 02/11/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****42-65** | 6,087.04 | 0.00 | 0.00 |
| **MMA # 9200-******42-65** | 1.72 | 5.70 | 0.00 |
| **Checking # 9200-******42-66** | 0.00 | 6,083.06 | 0.00 |
| | $6,088.76 | $6,088.76 | $0.00 |

{} Asset reference(s)

Printed: 02/11/2011 08:48 AM    V.12.56